**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Atlantic Casualty Insurance Company,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Gary Pellerin and Debra Pellerin, et al.,<br><br>　　　　　Defendants. | No. CV-15-00091-PHX-PGR<br><br>DEFAULT JUDGMENT |

　　　　IT IS ORDERED that the plaintiff Atlantic Casualty Insurance Company's Motion for Entry of Default Judgment Against Defendants (Doc. 23) is granted pursuant to Fed.R.Civ.P. 55(b)(2).

　　　　IT IS FURTHER ORDERED that the Scheduling Conference set for July 27, 2015 is vacated.

　　　　IT IS FURTHER ORDERED that a default declaratory judgment is entered in favor of plaintiff Atlantic Casualty Insurance Company and against defendants Gary Pellerin and Debra Pellerin, Arizona Retreaders, Inc., Chad Pellerin and Jane Doe Pellerin, Jason Pellerin and Jane Doe Pellerin d/b/a AAA Tire & Wheel Centers, LLC, AAA Tire & Wheel Centers, LLC, Andrea J. Ghigo, Adam Ghigo, and Allstate Insurance Company as follows:

1 (1) The plaintiff's commercial general liability insurance policy, number M122000074 with effective dates of September 22, 2001 to September 22, 2012, issued to its insured, Arizona Retreaders, Inc., does not provide any insurance coverage for the allegations contained in the litigation in the Maricopa County Superior Court, No. CV2014-050180, brought by Andrea J. Ghigo, Adam Ghigo and Allstate Insurance Company against Gary Pellerin and Debra Pellerin, Arizona Retreaders, Inc., Chad Pellerin and Jane Doe Pellerin, Jason Pellerin and Jane Doe Pellerin d/b/a AAA Tire & Wheel Centers, LLC, and AAA Tire & Wheel Centers, LLC, and the plaintiff has no duty to defend or indemnify its insureds in that litigation;

(2) The parties shall bear their own attorneys' fees and costs incurred in this matter.

DATED this 20th day of July, 2015.

_____
Paul G. Rosenblatt
United States District Judge